AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

CTC Communications

v.

Internet Business Systems

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 C 12547 PBS

TO: (Name and address of Defendant)

Internet Business Systems
1296 Blue Hills Avenue
Bloomfield, CT 06002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John J. Dussi, Esq.
Cohn & Dussi, LLC
25 Burlington Mall Road
Burlington, MA 01803

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE

|  | CLIENT: APS |
|---|---|
| **CTC COMMUNICATIONS** Plaintiff(s), Petitioner(s) | INDEX NO.: 04 12547 |
| against | DATE OF FILING: 12/6/2004 |
|  | JUSTICE: 069871 0001 |
| **INTERNET BUSINESS SYSTEM** Defendant(s), Respondent(s) | **AFFIDAVIT OF SERVICE** |

FILED
IN CLERKS OFFICE

2005 FEB -9 P 3: 14

U.S. DISTRICT COURT
DISTRICT OF MASS

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Rich Zechiel being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **January 12, 2005 at 11:30 AM at 1296 Blue Hills Ave, Bloomfield, CT 06002**, deponent served the **Summons In A Civil Action and Complaint; Civil Case Cover Sheet** upon Internet Business System, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action and Complaint; Civil Case Cover Sheet** with **William L. Kellogg** a person who is known to be the **Vice President** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action and Complaint; Civil Case Cover Sheet**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **White** Hair: **Brown** Age(Approx): **36-50** Height(Approx): **5'9" - 6'0"** Weight(Approx): **161-200 lbs**
Other: **Glasses, Mustache**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Rich Zechiel, Private Process Server

Sworn to before me on January 13, 2005

_____
Notary Public
My Commission Expires: 08/31/2005