## UNITED STATES DISTRICT COURT

### CASE NO. 04 12547 PBS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *      *
CTC COMMUNICATIONS,                                               *
                                                                  *
                                                                  *
                                                                  *
              Plaintiff                                           *      REQUEST FOR DEFAULT
                                                                  *      PURSUANT TO MRCP 55A
VS.                                                               *
                                                                  *
INTERNET BUSINESS SYSTEMS,                                        *
                                                                  *
                                                                  *
                                                                  *
              Defendant                                           *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *      *
```

TO THE CLERK OF THE ABOVE-NAMED COURT:

I, John J. Dussi, Esq., BBO # 546355, Attorney for the above-named Plaintiff, CTC COMMUNICATIONS, state that the Complaint in which a Judgment for affirmative relief is sought against the Defendant, INTERNET BUSINESS SYSTEMS, herein, was filed on November 29, 2004, and the Summons and a copy of the Complaint have been served on the Defendant herein on January 12, 2005, as appears from the officer's return; that the time within which the Defendant shall serve a responsive pleading or otherwise defend pursuant to Rule 12(a), has expired and the Defendant herein has failed to serve or file an answer or otherwise defend as to the complaint

Wherefore, the Plaintiff, CTC COMMUNICATIONS, makes application that the Defendant, INTERNET BUSINESS SYSTEMS, be defaulted.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR DEFAULT JUDGMENT PURSUANT TO MRCP 55(b)(1)

The undersigned requests that judgment enter against the Defendant, INTERNET BUSINESS SYSTEMS    , in the sum of Ten Thousand Nine Hundred Twenty-Eight and 01/100 Dollars ($10,928.01), together with interest in the amount of ($1,857.76) and makes affidavit that:

1.  The Plaintiff's claim against the Defendant is for a sum certain.
2.  The total amount due the Plaintiff, CTC COMMUNICATIONS, exclusive of costs in its claim against the Defendant is Twelve Thousand Seven Hundred Eighty Five and 77/100 Dollars ($12,785.77) .
3.  That the Defendant is not an infant or incompetent person.
4.  That the Defendant is not in the military service of the United States or its Allies, as defined in the Soldiers' and Sailors' Relief Act of 1940, as amended, but presently resides INTERNET BUSINESS SYSTEMS , AT: **1296 Blue Hills Avenue, Bloomfield CT 06002.**

SUBSCRIBED THIS February 22, 2005 UNDER THE PENALTIES OF PERJURY.


(John J. Dussi, BBO#546355
COHN & DUSSI, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803
(781) 494-0200