UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                    Civil Action
                                                                    No: 04-12547-PBS

CTC Communications Corp.
Plaintiff

v.

Internet Business Systems
Defendant

## NOTICE OF DEFAULT

      Upon application of the Plaintiff for an order of Default for failure of the Defendant, Internet Business Systems to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, Internet Business Systems has been defaulted on June 10, 2005.

                                                                    Sara Thornton
                                                                    Clerk


                                                                  By: /s/ Robert C. Alba
                                                                        Deputy Clerk

Date: June 10, 2005

Notice mailed to counsel of record and defendant(s).